UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN FRANCISCO VEGA,

Plaintiff,

v. Case No. 2:26-cv-1299-KCD-NPM

BARRY GATTA,

Defendant.
/

**ORDER**

Plaintiff Juan Franciso Vega, a civilly committed resident of the Florida Civil Commitment Center (FCCC), brought this *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) He was granted leave to proceed *in forma pauperis* (Doc. 14) and later filed an amended complaint. (Doc. 3.) On August 31, 2026, the Court entered an order dismissing the complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) but granting Vega leave to amend within 21 days. (Doc. 18.) However, Vega has not filed an amended complaint, and his deadline to have done so has long since expired.

Based on the above, it is **ORDERED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The **Clerk** is **DIRECTED** to term all pending motions, enter judgment, and close this case.

**ENTERED** in Fort Myers, Florida on October 15, 2026.

Kyle C. Dudek
United States District Judge